ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Guidehouse LLP | ) ASBCA No. 64206 |
| | ) |
| Under Contract No. FA8207-24-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:     Frederic M. Levy, Esq.
                                   Jennifer K. Bentley, Esq.
                                   Peter Terenzio, Esq.
                                     Covington & Burling LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Aaron J. Weaver, Esq.
                                      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $724,179.21. This amount is inclusive of Contract Disputes Act interest.

Dated: January 29, 2026

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_Michael N. O'Connell_                    _Robyn L. Hamady_
MICHAEL N. O'CONNELL                   ROBYN L. HAMADY
Administrative Judge                          Administrative Judge
Vice Chairman                                    Armed Services Board
Armed Services Board                         of Contract Appeals
of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64206, Appeal of Guidehouse LLP, rendered in conformance with the Board's Charter.

      Dated: January 29, 2026


_PAULLA K. GATES-LEWIS_
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals